

**RE: New Miscellaneous Case Filing : In re Petition of Index Newspapers LLC d/b/a The Stranger To Unseal Electronic Surveillance Dockets , Applications, and Orders**

taverniti.nancy   to: newcases.seattle                                             11/15/2017 03:39 PM
Cc: godfrey.geoff, alexander.nathan, tseng.david, sambor.gregore

| Follow Up: | Urgent Priority. |
|---|---|
| History: | This message has been forwarded. |

Hi Cynthia,

Per our conversation this afternoon, please find attached copies of the following documents to be filed in a new miscellaneous case: IN RE PETITION OF INDEX NEWSPAPERS LLC D/B/A THE STRANGER TO UNSEAL ELECTRONIC SURVEILLANCE DOCKETS, APPLICATIONS, AND ORDERS

- Petition (with correct s/ signatures)
- Proposed Order
- Declaration of Steven J. Hsieh
- Declaration of Aaron D. Mackey
- Exhibits A-O for Declaration of Aaron D. Mackey (with exhibit sheets)

Please contact me with instructions for payment of the filing fee.

Thank you!

Nancy Taverniti
Litigation Secretary to
Mike Keyes and Geoff Godfrey
P: 206.903.8715


-----Original Message-----
From: Cynthia_Abad@wawd.uscourts.gov [mailto:Cynthia_Abad@wawd.uscourts.gov]
On Behalf Of newcases.seattle@wawd.uscourts.gov
Sent: Wednesday, November 15, 2017 3:22 PM
To: Taverniti, Nancy <taverniti.nancy@dorsey.com>
Subject: Re: New Miscellaneous Case Filing: In re Petition of Index Newspapers LLC d/b/a The Stranger To Unseal Electronic Surveillance Dockets, Applications, and Orders

Nancy,

Per our conversation a few minutes ago, I will wait for a new email with all the correct documents for filing this case.


Thank you,

Cindy Abad
Deputy Clerk
206 370-8436

```
From:           <taverniti.nancy@dorsey.com>
To:             <newcases.seattle@wawd.uscourts.gov>
Cc:             <godfrey.geoff@dorsey.com>, <alexander.nathan@dorsey.com>,
                <tseng.david@dorsey.com>, <sambor.gregore@dorsey.com>
Date:           11/15/2017 12:04 PM
Subject:        New Miscellaneous Case Filing: In re Petition of Index
                Newspapers LLC d/b/a The Stranger To Unseal Electronic
                Surveillance Dockets, Applications, and Orders
```

Please find attached copies of the following documents to be filed in a new miscellaneous case: In re Petition of Index Newspapers LLC d/b/a The Stranger To Unseal Electronic Surveillance Dockets, Applications, and Orders
- Petition
- Proposed Order
- Declaration of Steven J. Hsieh
- Declaration of Aaron D. Mackey
- Exhibits A-O for Declaration of Aaron D. Mackey
- Pro hac vice application for Aaron D. Mackey

Please confirm when this new case has been opened, and advise how we should pay the associated filing and PHV fees.

Also, please advise whether we should submit a courtesy paper copy of this filing to the Clerk's Office.

Thank you.

Nancy

Nancy K. Taverniti
Legal Secretary to
Mike Keyes and Geoff Godfrey


 Description: cid:736091019@03082011-0D5D

 DORSEY  &  WHITNEY  LLP
 Columbia Center
 701 Fifth Avenue, Suite 6100 | Seattle, WA 98104-7043
 P: 206.903.8715    F: 206.299.3998    C: 206.383.3140



CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged
material, and are for the sole use of the intended recipient.
Use or distribution by an unintended recipient is prohibited, and may be a
violation of law. If you believe that you received
this e-mail in error, please do not read this e-mail or any attached items.
Please delete the e-mail and all attachments,
including any copies thereof, and inform the sender that you have deleted
the e-mail, all attachments and any copies thereof.
Thank you.
 [attachment "Exhibits A-O - 2017-11-15 Declaration of Aaron D. Mackey

```
(EFF).zip" deleted by Cynthia Abad/WAWD/09/USCOURTS] [attachment
"2017-11-15 Petition.pdf" deleted by Cynthia Abad/WAWD/09/USCOURTS]
[attachment "2017-11-15 Declaration of Steven J. Hsieh (The Stranger).pdf"
deleted by Cynthia Abad/WAWD/09/USCOURTS] [attachment "2017-11-15
Declaration of Aaron D. Mackey (EFF).pdf" deleted by Cynthia
Abad/WAWD/09/USCOURTS] [attachment "2017-11-15 PHV Application
(Mackey).pdf" deleted by Cynthia Abad/WAWD/09/USCOURTS] [attachment
"2017-11-15 Proposed Order.pdf" deleted by Cynthia Abad/WAWD/09/USCOURTS]
```

Exhibits A-O to the Declaration of Aaron D. Mackey Declaration.zip  2017-11-15 Petition.pdf

2017-11-15 Proposed Order.pdf  2017-11-15 Declaration of Aaron D. Mackey (EFF).pdf

2017-11-15 Declaration of Steven J. Hsieh (The Stranger).pdf