UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                )
In re:                                          )   No. MC17-0145RSL
                                                )
PETITION OF INDEX NEWSPAPERS LLC                )
d/b/a THE STRANGER TO UNSEAL                    )   ORDER NOTING PETITION TO
ELECTRONIC SURVEILLANCE DOCKETS,                )   UNSEAL
APPLICATIONS, AND ORDERS.                       )
_____)

On November 15, 2017, Index Newspapers LLC, d/b/a The Stranger, filed a "Petition to Unseal Electronic Surveillance Dockets, Applications, and Orders." Dkt. # 1.[1] Petitioner seeks a change in the docketing procedures of this district so that the public has access to documents related to judicial authorizations of electronic surveillance and orders compelling service providers to assist in law enforcement investigations. Although no responding party was identified, both the District Court and the United States Attorney's Office may have an interest in the relief requested. There is no indication that either entity was served.

Because the relief sought will likely impact their interests, the United States District Court of the Western District of Washington and the United States Attorney's Office will be given an opportunity to respond to the petition. The Clerk of Court is directed to note the "Petition to Unseal Electronic Surveillance Dockets, Applications, and Orders" on the Court's

---

[1] If petitioner has not already done so, it shall deliver a courtesy copy of the petition and all exhibits to the Clerk's Office.

ORDER NOTING PETITION TO UNSEAL

calendar for Friday, January 12, 2018. The Clerk is also directed to send a copy of this Order to William M. McCool, District Court Executive, and to Helen J. Brunner, First Assistant United States Attorney. If either the District Court or the U.S. Attorney's Office wish to be heard in this matter, they may enter an appearance and file a response to the petition on or before January 8, 2018.

Dated this 6th day of December, 2017.

Robert S. Lasnik
United States District Judge