IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>PETITION OF INDEX NEWSPAPERS, LLC d/b/a THE STRANGER TO UNSEAL ELECTRONIC SURVEILLANCE DOCKETS, APPLICATIONS, AND ORDERS | No. MC17-0145RSL<br><br>**NOTICE OF SERVICE REGARDING PETITION (DKT. 1)** |

Counsel for Petitioner certifies that on November 17, 2017, courtesy physical copies of the Petition and supporting documents (Dkt. 1) were delivered to the Clerk's Office for the Chambers of the Hon. Robert S. Lasnik.

Counsel further certifies that on November 17, 2017, electronic copies of the Petition and supporting documents (without exhibits) were delivered via e-mail to Tessa Gorman and Helen Brunner at the United States Attorney's Office for the Western District of Washington.

Date: December 7, 2017

By:  *s/ David H. Tseng*
David H. Tseng
*Counsel for Petitioner INDEX NEWSPAPERS LLC d/b/a THE STRANGER*

Notice of Service - 1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820