IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>PETITION OF INDEX NEWSPAPERS, LLC d/b/a THE STRANGER TO UNSEAL ELECTRONIC SURVEILLANCE DOCKETS, APPLICATIONS, AND ORDERS | No. MC17-0145RSL<br><br>**REQUEST FOR ORAL ARGUMENT REGARDING PETITION (DKT. 1)** |

Petitioner respectfully requests oral argument regarding its Petition to Unseal Electronic Surveillance Dockets, Applications, and Orders (Dkt. 1). The Petition is noted on the Court's calendar for January 12, 2018, pursuant to an order issued December 6, 2017 (Dkt. 4).

Date: December 7, 2017

By: *s/ David H. Tseng*
David H. Tseng
*Counsel for Petitioner INDEX NEWSPAPERS LLC d/b/a THE STRANGER*

Request for Oral Argument - 1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820