The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br>PETITION OF INDEX NEWSPAPERS LLC d/b/a THE STRANGER TO UNSEAL ELECTRONIC SURVEILLANCE DOCKETS, APPLICATIONS AND ORDERS | CASE NO. 2:17-MC-00145-RSL<br><br>**STIPULATION FOR SECOND CONTINUATION OF THE DATE FOR FILING OF BRIEFING AND THE NOTING DATE**<br><br>**Noted for Consideration on**:<br>February 13, 2018 |

The Petitioner, Index Newspapers LLC d/b/a The Stranger, by and through its attorneys of record Geoffrey M. Godfrey and Aaron Mackey, and the United States Attorney's Office for the Western District of Washington, by and through Helen J. Brunner, First Assistant United States Attorney, stipulate to the Court's entry of the proposed Order set forth below. In support of this request, the parties represent the following to the Court:

1. On December 6, 2017, this Court entered an order providing the United States Attorney's Office and the United States District Court for the Western District of Washington the opportunity to respond to the petition filed by Index Newspapers. The order directs that any response by the United States

**Stipulation for Second Continuation of the Date For Filing of Briefing and the Noting Date - 1**
*In re: Petition of Index Newspapers*
**2:17-MC-00145-RSL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Attorney's Office or the District Court be filed by January 8, 2018, and the
2  matter be noted for January 12, 2018.  On December 22, 2017, in response to a
3  stipulated motion, this Court extended that deadline for filing a response until
4  February 20, 2018.

5  2.  Since the entry of this Court's Order extending the dealing for responding, the
6  Clerk of the United States District Court for the Western District of
7  Washington, the General Counsel of the Administrative Office of United States
8  Courts, and attorneys from the Office of the United States Attorney have been
9  discussing the issues presented by the petition, the filing of a joint response,
10 and the potential need for separate representation.  Those discussions have
11 included efforts by representatives of the clerk's office and the Office of the
12 United States Attorney to understand whether and to what extent it would be
13 possible to identify the dockets sought by the petition.  The discussions are
14 ongoing and are unlikely to be completed by the current filing deadline.

15 3.  In light of the foregoing and scheduling conflicts of all counsel, the parties
16 would propose the following amended schedule for briefing in this matter:

17 4.  Any pleading by the United States Attorney's Office or the Court shall be filed
18 on or before March 13, 2018.

19 5.  Any response by Index Newspapers to such a pleading shall be filed on or
20 before March 30, 2018.

21 6.  The matter will be noted for April 6, 2018.

22 ///
23 ///
24 ///

**Stipulation for Second Continuation
of the Date For Filing of Briefing
and the Noting Date - 2**
*In re: Petition of Index Newspapers*
**2:17-MC-00145-RSL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|     |     |
| --- | --- |
| 1   | 7. Based on the foregoing, the parties respectfully request that the Court enter the |
| 2   | Order set forth below, approving the requested briefing schedule. |
| 3   | DATED this 13th day of February, 2018. |

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/  Helen J. Brunner
HELEN J. BRUNNER
First Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
E-mail:  Micki.Brunner@usdoj.gov

/s/  Geoffrey M. Godfrey
GEOFFREY M. GODFREY
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone:  (206) 903-8800
Fax:  (206) 903-8820
E-mail:  Godfrey.geoff@dorsey.com
Counsel for Index Newspapers LLC

/s/Aaron Mackey
Aaron Mackey (pro hac vice)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
amackey@eff.org
Counsel for Index Newspapers

**Stipulation for Second Continuation
of the Date For Filing of Briefing
and the Noting Date - 3**
*In re:  Petition of Index Newspapers*
**2:17-MC-00145-RSL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

*s/ Elisa G. Skinner*
Elisa G. Skinner
Paralegal Specialist
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, WA 98101-1271
Phone:  206-553-7970
Fax:     206-553-0755
E-mail: Elisa.Skinner@usdoj.gov

**Stipulation for Second Continuation of the Date For Filing of Briefing and the Noting Date - 4**
*In re:  Petition of Index Newspapers*
**2:17-MC-00145-RSL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970