The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: <br> PETITION OF INDEX NEWSPAPERS LLC d/b/a THE STRANGER TO UNSEAL ELECTRONIC SURVEILLANCE DOCKETS, APPLICATIONS AND ORDERS | CASE NO. 2:17-MC-00145-RSL <br><br> [~~PROPOSED~~] ORDER |

BASED on the stipulation of the Petitioner, Index Newspapers LLC d/b/a The Stranger, and the United States Attorney's Office for the Western District of Washington, this Court ORDERS as follows:

    a.    Any pleading by the United States Attorney's Office or the Court shall be filed on or before March 13, 2018.

    b.    Any response by Index Newspapers to such a pleading shall be filed on or before March 30, 2018.

**ORDER**
*In re: Petition of Index Newspapers*
2:17-MC-00145-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

c. The matter will be noted for April 6, 2018.

Dated this 21st day of February, 2018.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
Senior United States District Judge

Presented by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
First Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: Micki.Brunner@usdoj.gov

*/s/ Geoffrey M. Godfrey*
GEOFFREY M. GODFREY
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: (206) 903-8800
Fax: (206) 903-8820
E-mail: Godfrey.geoff@dorsey.com
Counsel for Index Newspapers LLC

*/s/Aaron Mackey*
AARON MACKEY (pro hac vice)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
amackey@eff.org
Counsel for Index Newspapers

ORDER
*In re: Petition of Index Newspapers*
2:17-MC-00145-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970