# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re PETITION OF INDEX NEWSPAPERS LLC, d/b/a THE STRANGER, TO UNSEAL ELECTRONIC SURVEILLANCE DOCKETS, APPLICATIONS, AND ORDERS.

CASE NO. MC17-0145RSL

ORDER

This matter comes before the Court on the Joint Status Report filed by the parties. Dkt. # 20. Having reviewed the parties' submission, the stay in the above-captioned matter is hereby extended until October 6, 2018. The parties shall, on or before that date, provide a second joint status report regarding their discussions and indicating whether an extension of the stay is needed, whether resolution of the petition on its merits is necessary, or whether a status conference is appropriate.

Dated this 2nd day of August, 2018.

Robert S. Lasnik
United States District Judge

ORDER