# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re PETITION OF INDEX NEWSPAPERS LLC, d/b/a THE STRANGER, TO UNSEAL ELECTRONIC SURVEILLANCE DOCKETS, APPLICATIONS, AND ORDERS.

CASE NO. MC17-0145RSL

ORDER EXTENDING STAY

This matter comes before the Court on the Status Report filed by the United States Attorney's Office for the Western District of Washington and its unopposed motion to extend the stay in the above-captioned matter. Dkt. # 22. The motion is granted. The stay is hereby extended until December 1, 2018. The parties shall, on or before that date, provide a joint status report regarding their discussions and indicating whether an extension of the stay is needed, whether resolution of the petition on its merits is necessary, or whether a status conference is appropriate.

Dated this 2nd day of October, 2018.

Robert S. Lasnik
United States District Judge

ORDER EXTENDING STAY