The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br>PETITION OF INDEX NEWSPAPERS LLC d/b/a THE STRANGER TO UNSEAL ELECTRONIC SURVEILLANCE DOCKETS, APPLICATIONS AND ORDERS | CASE NO. 2:17-MC-00145-RSL<br><br>**JOINT STATUS REPORT** |

The Petitioner, Index Newspapers LLC d/b/a The Stranger, by and through its attorneys of record Geoffrey M. Godfrey and Aaron Mackey, and the United States Attorney's Office for the Western District of Washington, by and through Helen J. Brunner, First Assistant United States Attorney, and Teal Luthy Miller, Assistant United States Attorney, file this status report as required by the Court's October 2, 2018, order.

1. The United States Attorney's Office for the Western District of Washington and the Clerk of the Court for the Western District of Washington have completed but not yet signed a Memorandum of Understanding for a two-year pilot program governing the procedures by which the United States Attorney's Office seeks, and the Clerk of the Court dockets, orders authorizing the use of certain investigative processes so as to make more information about the use of those processes available prospectively through reports created from the PACER system. The Memorandum governs how the United States Attorney's Office will submit applications for orders under the Pen Register Act, 18 U.S.C. §§ 3123, 3124, authorizing the installation and use of a pen register or a trap-and-trace device and requiring a third party to assist with a pen register or a trap-and-

JOINT STATUS REPORT - 1
*In re: Petition of Index Newspapers*
**2:17-MC-00145-RSL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

trace device to obtain prospective dialing/signaling information for a mobile device, email and/or social media account ("PR/TT orders"); orders under the Stored Communications Act, 18 U.S.C. §§ 2703(b), 2705, requiring service providers to provide law enforcement with subscriber information and other non-content information or records pertaining to the subscriber or customer for one or more of these accounts, and prohibiting the provider from disclosing such order to the customer for a period of time ("2703(d) orders"); and applications that seek both a PR/TT order and a 2703(d) order, collectively referred to here as "PT Applications and Orders."

2. Attorneys from the United States Attorney's Office have also met with the Clerk of the Court and members of his staff to discuss changes that would be necessary to the applications presented by the United States and the docketing procedures used by the Clerk's office in order to implement the Memorandum. The Clerk of the Court will create a new docketing category—the PT category—and plans to file PT Applications and Orders in that new category beginning on January 1, 2019.

3. Beginning on January 1, 2020, the Clerk will generate semi-annual reports reflecting the docket numbers and case captions associated with PT Applications and Orders. These reports will be made publicly available on January 1 and July 1 of each year in electronic form on the Court's website in a PT docket report. The PT docket report will contain docket numbers and case captions for PT Applications and Orders for these types of orders filed during the six-month period ending six months before the issuance of the report. The principal statute under investigation will be included in the semi-annual PT docket reports, except where a citation to the statute is omitted from the caption of an application to protect an investigation.

4. In order to facilitate the Clerk's efforts to create the semi-annual reports on the PT Applications and Orders filed in this district, the United States Attorney's Office will standardize the captions used for applications in this area. The United States Attorney's Office will begin using the standardized captions on January 1, 2019.

**JOINT STATUS REPORT - 2**
*In re: Petition of Index Newspapers*
**2:17-MC-00145-RSL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5.     On November 29, 2018, the United States Attorney's Office shared the Memorandum with counsel for Petitioner.

6.     Counsel for Petitioner needs additional time to review the Memorandum with their client and to confer with the United States Attorney's Office regarding the next steps for this action.  Accordingly, the parties jointly request an order extending until January 11, 2019, the stay previously entered by the Court in this matter.  The parties shall, on or before that date, provide a joint status report indicating whether an extension of the stay is needed, whether resolution of the petition on its merits is necessary, or whether a status conference is appropriate.

DATED this 30th day of November, 2018.

ANNETTE L. HAYES
United States Attorney

*s/Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

Counsel for Index Newspapers LLC

*s/Geoffrey M. Godfrey*
GEOFFREY M. GODFREY
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone:  (206) 903-8800
Fax:  (206) 903-8820
E-mail:  godfrey.geoff@dorsey.com

*s/Nathan T. Alexander*
NATHAN T. ALEXANDER
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone:  (206) 903-8800
Fax:  (206) 903-8820
E-mail:  alexander.nathan@dorsey.com

*s/Aaron Mackey*
Aaron Mackey (pro hac vice)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
amackey@eff.org

**JOINT STATUS REPORT - 3**
*In re:  Petition of Index Newspapers*
**2:17-MC-00145-RSL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

*s/ Elisa G. Skinner*
ELISA G. SKINNER
Paralegal Specialist
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, WA 98101-1271
Phone:  206-553-7970
Fax:     206-553-0755
E-mail: Elisa.Skinner@usdoj.gov

**JOINT STATUS REPORT - 2**
*In re:  Petition of Index Newspapers*
**2:17-MC-00145-RSL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970