The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE:
PETITION OF INDEX
NEWSPAPERS LLC d/b/a
THE STRANGER TO UNSEAL
ELECTRONIC SURVEILLANCE
DOCKETS, APPLICATIONS AND
ORDERS

CASE NO.  MC17-0145RSL

ORDER

This matter comes before the Court on a joint status report submitted by the parties on November 30, 2018. Dkt. # 24. At the request of the parties, the above-captioned matter will remain stayed until January 11, 2019. The parties shall file a joint status report on or before that date indicating whether an extension of the stay is needed, whether resolution of the petition on its merits is necessary, or whether a status conference is appropriate.

Dated this 4th day of December, 2018.

ROBERT S. LASNIK
United States District Judge