1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PETITION OF INDEX
NEWSPAPERS LLC D/B/A THE
STRANGER TO UNSEAL ELECTRONIC
SURVEILLANCE DOCKETS,
APPLICATIONS, AND ORDERS

CASE NO. 17-MC-145-RSL

**STIPULATED DISMISSAL
WITHOUT PREJUDICE**

Petitioner Index Newspapers LLC d/b/a The Stranger, by and through its attorneys of record Geoffrey M. Godfrey and Aaron Mackey, and the United States Attorney's Office for the Western District of Washington, by and through Helen J. Brunner, First Assistant United States Attorney, stipulate to the Court's entry of the enclosed Proposed Order to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(2) with each party to bear its own fees and costs.

On December 19, 2018, the United States Attorney's Office for the Western District of Washington (USAO) and the Clerk of the Court for the Western District of Washington (Clerk) signed a Memorandum of Understanding (MOU) for a two-year pilot program governing the procedures by which the USAO seeks, and the Clerk dockets, orders authorizing the use of certain investigative processes so as to make more information about the use of those processes available prospectively through reports created from the PACER system. This two-year pilot

STIPULATED DISMISSAL WITHOUT PREJUDICE
(Case No: 17-MC-145-RSL) – 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  program was launched on January 1, 2019. A copy of the MOU will be posted on the Court's

2  website while it remains in effect.

3         Petitioner appreciates the progress reflected in the MOU and is looking forward to the

4  results of the two-year pilot program. Petitioner believes it would be productive to allow the pilot

5  program to run its course before deciding what additional relief if any is needed. Accordingly,

6  Petitioner and the USAO have agreed to dismiss this action without prejudice, with each party to

7  bear its own fees and costs.

8         Before January 2021, the USAO will notify Petitioner, through its counsel, whether the

9  pilot program will be extended and whether any changes will be made to it. The parties have

10  agreed that no fees or costs shall be awarded under Federal Rule of Civil Procedures 41(d) if

11  Petitioner files a new action based on or including the same claims.

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27

STIPULATED DISMISSAL WITHOUT PREJUDICE
(Case No: 17-MC-145-RSL) – 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

Dated:  January 16, 2019

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Respectfully submitted,

By:  */s/ Geoffrey M. Godfrey*
     Geoffrey M. Godfrey (SBN 46876)
     godfrey.geoff@dorsey.com
     Nathan T. Alexander (SBN 37040)
     alexander.nathan@dorsey.com
     David H. Tseng (SBN 48334)
     tseng.david@dorsey.com
     DORSEY & WHITNEY LLP
     Columbia Center
     701 Fifth Avenue, Suite 6100
     Seattle, WA 98104-7043
     Telephone:      (206) 903-8800
     Facsimile:      (206) 903-8820

     Aaron Mackey (*pro hac vice*)
     amackey@eff.org
     ELECTRONIC FRONTIER
     FOUNDATION
     815 Eddy Street
     San Francisco, CA 94109
     Telephone:      (415) 436-9333

     *Attorneys for Petitioner INDEX*
     *NEWSPAPERS LLC D/B/A THE*
     *STRANGER*

     ANNETTE L. HAYES
     United States Attorney

     */s/  Helen J. Brunner*
     HELEN J. BRUNNER
     First Assistant United States Attorney

     */s/  Teal Luthy Miller*
     TEAL LUTHY MILLER
     Assistant United States Attorney
     United States Attorney's Office
     700 Stewart Street, Suite 5220
     Seattle, WA 98101-1271
     Phone:  206-553-7970
     Fax:  206-553-4073
     E-Mail:  Teal.Miller@usdoj.gov

STIPULATED DISMISSAL WITHOUT PREJUDICE
(Case No: 17-MC-145-RSL) – 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

 I hereby certify that on January 16, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record.


            __/s/ Gregore J. Sambor___

            Gregore J. Sambor
            Senior IP Litigation Paralegal
            DORSEY & WHITNEY LLP
            701 Fifth Avenue, Suite 6100
            Seattle, WA 98104
            sambor.gregore@dorsey.com

STIPULATED DISMISSAL WITHOUT PREJUDICE
(Case No: 17-MC-145-RSL) – 4

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820