The Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: PETITION OF INDEX NEWSPAPERS LLC D/B/A THE STRANGER TO UNSEAL ELECTRONIC SURVEILLANCE DOCKETS, APPLICATIONS, AND ORDERS | CASE NO. 17-MC-145-RSL<br><br>~~[PROPOSED]~~ ORDER |

BASED on the stipulation of the Petitioner Index Newspapers LLC d/b/a The Stranger and the United States Attorney's Office for the Western District of Washington (USAO), this Court ORDERS as follows:

1. This action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).
2. Each party shall bear its own fees and costs.
3. No fees or costs will be awarded under Federal Rule of Civil Procedures 41(d) if Petitioner files a new action based on or including the same claims.

Dated this 17th day of January, 2019

_____
ROBERT S. LASNIK
Senior United States District Judge

ORDER
*In re: Petition of Index Newspapers*
(Case No: 17-MC-145-RSL) – 1
4829-4883-8751\2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820